IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **FREDRICH GREEN, on behalf of himself and others similarly situated,** : | Civil Action No.: 1:18-cv-01032-WO-JLW |
| **Plaintiff,** : | |
| v. : | |
| **AMAZON.COM, LLC, AMAZON LOGISTICS, INC., and VALDIVIA LOGISTICS, LLC,** : | |
| **Defendants.** : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL
OF THE SETTLEMENT AGREEMENT AND
ATTORNEYS' FEES AND COSTS**

Plaintiff Fredrich Green, through his undersigned counsel, respectfully moves this Court for an Order:

1. Granting approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. For settlement purposes, finally certifying the following collective pursuant to 29 U.S.C. § 216(b):

> Plaintiff, Opt-In Plaintiffs, and all current and former Delivery Associates who were paid by Defendant Valdivia to deliver packages to customers of Amazon.com in the United States from August 22, 2018 through January 7, 2019.

3. Approving a Service Award to Named Plaintiff Fredrich Green in the amount of $7,500.00 in recognition of his efforts in bringing and prosecuting this matter on behalf of the Settlement Collective Members and for his broader release of claims in favor of Defendants.

4. Approving Berger Montague PC and Willig, Williams & Davidson as Plaintiff's Counsel for the Settlement Collective and approving the award of attorneys' fees to Plaintiff's Counsel in the amount of, $70,833.00, and reimbursement of Plaintiff's Counsel's out-of-pocket costs that are currently $9,490.00.

5. Approving Legal Aid of North Carolina as the *cy pres* recipient of any funds remaining in the Reserve Fund.

6. Approving the CPT Group as Settlement Administrator.

7. Approving the Notice of Collective Settlement, attached as Exhibit A to the Settlement Agreement, and authorizing dissemination of the Notice to members of the Settlement Collective.

8. Dismissing this case against Defendants with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen in Support of the Plaintiff's Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs, the Declaration of Ryan Allen Hancock, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendants do not oppose this Motion. A proposed Order is submitted for the Court's consideration.

Dated: July 16, 2020	Respectfully submitted,

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
Krysten Connon
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
sschalman-bergen@bm.net
kconnon@bm.net

Ryan Allen Hancock
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street 24th Floor
Philadelphia, PA 19103
Telephone (215) 656-3600
rhancock@wwdlaw.com

*Attorneys for Plaintiff and the FLSA Collective*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 16th day of July, 2020.

*s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen

KAL9538289