IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
FREDRICH GREEN, on behalf of    )
himself and others similarly    )
situated,                       )
                                )
            Plaintiff,          )
                                )
    v.                          )    1:18CV1032
                                )
AMAZON.COM, LLC, AMAZON          )
LOGISTICS, INC., and            )
VALDIVIA LOGISTICS, LLC,        )
                                )
            Defendants.         )
```

**ORDER AND JUDGMENT**

This matter comes before the court for determination pursuant to the Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs, (Doc. 36);

And the court, having reviewed and considered the Motion, the Settlement Agreement appended to the motion as Exhibit 1 (Doc. 36-2), the supporting Declaration of Sarah R. Schalman-Bergen, (Doc. 36-5), the supporting Declaration of Ryan Allen Hancock, (Doc. 36-6), the attached Exhibits, and the supporting Brief, (Doc. 37), and being fully informed, finds and concludes as follows:

1.  The court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

2. For settlement purposes, the court finally certifies the following as a collective pursuant to 29 U.S.C. § 216(b):

> Plaintiff, Opt-In Plaintiffs, and all current and former Delivery Associates who were paid by Defendant Valdivia to deliver packages to customers of Amazon.com in the United States from August 22, 2018 through January 7, 2019.

3. The court approves a Service Award of $7,500.00 to Named Plaintiff Fredrich Green for his efforts in bringing and prosecuting this matter and for his broader release of claims in favor of Defendants.

4. Berger Montague PC and Willig, Williams & Davidson are approved as Plaintiff's counsel for the Settlement Collective.

5. The court approves attorneys' fees in the amount of $70,833.00 for Plaintiff's counsel, and reimbursement of out-of-pocket costs in the amount of $9,490.00 for Plaintiff's counsel.

6. The court approves the CPT Group as Settlement Administrator.

7. The court approves Legal Aid of North Carolina as the <u>cy pres</u> recipient of any funds that remain in the Reserve Fund.

8. The court approves the payment plan to Settlement Collective Members and the Notice of Collective Settlement, attached as Exhibit 1 to the Settlement Agreement, and authorizes dissemination of the Notice to members of the Settlement Collective.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs, (Doc. 36), is **GRANTED.**

**IT IS FURTHER ORDERED** that this litigation, which was brought pursuant to 29 U.S.C. § 216(b), is hereby **DISMISSED WITH PREJUDICE** against Defendants in accordance with the terms of the Settlement Agreement. Settlement Collective Members who choose to cash or deposit their settlement checks are hereby enjoined from prosecuting any Released Claims against Defendants and the Releasees.

**IT IS FURTHER ORDERED AND ADJUDGED** that final judgment is hereby entered and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and terminate the file. The court retains jurisdiction over the action only to the extent necessary to oversee and enforce the terms of the settlement.

This the 26th day of October, 2020.

_____
United States District Judge